# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 914 MAL 2014
:
               Respondent    :
                            : Petition for Allowance of Appeal from the
                            : Order of the Superior Court
        v.                :
:
:
:
ANDRE M. GALE,            :
:
               Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.